```
 1 | JOAN KERRY BADER
   | California State Bar No. 172586
 2 | 964 Fifth Avenue, Suite 214
   | San Diego, California  92101-6128
 3 | Telephone No. (619) 699-5995
   | Attorney for Defendant Kennedy
 4 |
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 08CR0569JTM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW WILL KENNEDY, | ) | **PROOF OF SERVICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY, and
      STEVEN DESALVO, ASSISTANT UNITED STATES ATTORNEY, and

   Defendant William Kennedy filed his Motion opposing a material witness deposition in this case and served Steven DeSalvo, Assistant United States Attorney.

DATED: April 2, 2008          /s/Joan Kerry Bader
                              JOAN KERRY BADER
                              Attorney for Defendant Kennedy

07cr0652DMS